UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS SCRIVEN,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No. 5:21-cv-00494-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $1,800.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 31, 2022

_____
JOHN D. EARLY
United States Magistrate Judge